| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN COWAN, | ) | No. C 06-0816 MJJ |
| Petitioner, | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, Attorney | ) | **[PROPOSED] ORDER** |
| General of the United States, and DAVID | ) | |
| N. STILL, Acting District Director, San | ) | |
| Francisco Office, U.S. Bureau of | ) | |
| Citizenship and Immigration Services, | ) | |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate petitioner's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C06-0816 MJJ

| | |
|---|---|
| Date: March 17, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents<br><br><br>_____/s/_____ |
| Date: March 17, 2006 | FRANK P. SPROULS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/28/2006

_____
MARTIN JENKINS
United States Magistrate Judge

Stipulation to Dismiss
C06-0816 MJJ               2